UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

VIRGINIA MCNEIL,

        Plaintiff,

  v.                                   Case No. 10-C-461

MICHAEL ASTRUE,

        Defendant.

---

**ORDER**

---

      Plaintiff has filed an action challenging the determination of the Commissioner of Social Security. Presently before me is her motion to proceed *in forma pauperis*. Review of Plaintiff's affidavit reveals that she owns her own home (valued at $80,000) and has a mortgage payment of only about $150 per month, which suggests a level of equity in the home in excess of $50,000. She also owns a car and has $600 in a checking account, plus expenses for a "TV dish." Although her monthly income is low, I cannot conclude from the material submitted that Plaintiff meets the criteria for "pauper" status in federal court. Accordingly, the motion to proceed IFP is **DENIED**. Plaintiff must pay the filing fee within 21 days, or she may renew her motion with additional detail as to how she may qualify for IFP status.

      Dated this 1st day of June, 2010.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge